# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6748
Writer's Direct Fax: (646) 390-6886
E-mail: greene@thshlaw.com

October 15, 2009

**VIA ECF AND FACSIMILE**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza West
Brooklyn, New York 11201

      Re:   *Soil Solutions, Inc. v. Soil Solution Industries Inc*, 09 CV 2470 (JBW) (RML)

Dear Magistrate Judge Levy:

      I represent the plaintiff Soil Solutions, Inc. ("Soil Solutions") in the above-captioned action. I am writing jointly with counsel for defendants, Christopher Cardillo to request an adjournment of the initial conference scheduled for October 19, 2009.

      Mr. Cardillo has informed us that he will not be in the country on October 19, 2009 due to a personal matter. Due to scheduling conflicts, the parties respectfully request that the initial conference be adjourned to November 17, 2009. The parties are also available on the afternoon of November 9, 2009. Defendants have previously requested an adjournment of the initial conference, which we opposed and this Court denied on September 30, 2009.

                                                                    Respectfully submitted,

                                                                    John E. Greene

cc:     Christopher Cardillo, Esq.