```
                                                       FILED
                                                  IN CLERK'S OFFICE
                                              U.S. DISTRICT COURT E.D.N.Y
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                  ★  NOV 0 3 2009  ⋆

                                                  BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SOIL SOLUTIONS, INC.,

        Plaintiff,

- against –

SOIL SOLUTION INDUSTRIES INC.,
and GREGORY DICAPUA,

        Defendants.

**ORDER**

09-CV-2470(JBW)

**JACK B. WEINSTEIN, Senior United States District Judge:**

In this trademark infringement case, plaintiff has moved for a preliminary injunction and partial summary judgment. Defendants have moved to dismiss the claims against them and have moved for summary judgment. Both parties wish to call witnesses at the hearing scheduled to take place on November 6, 2009 at 10:00 a.m. Names, backgrounds and expected testimony of all witnesses and all documents, premarked for introduction into evidence, are to be provided to opposing counsel and the court forty-eight hours prior to the hearing.

                                SO ORDERED.

                                /s/ Jack B. Weinstein
                                Jack B. Weinstein
                                Senior United States District Judge

Date:  October 29, 2009
        Brooklyn, New York



1